DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

MORGAN v. N.C. GRANGE MUT. INS. CO.

No. 148P88.

Case below: 89 N.C. App. 153.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

MOSLEY & MOSLEY BUILDERS v. LANDIN LTD.

No. 283P88.

Case below: 87 N.C. App. 438.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals dismissed 11 July 1988.

POLLARD v. SMITH

No. 311P88.

Case below: 90 N.C. App. 585.

Petition by N.C. Dept. of Crime Control and Public Safety for temporary stay allowed 8 June 1988 pending receipt and consideration of petitioner's petition for discretionary review.

RAMSEY v. INTERSTATE INSURORS, INC.

No. 145P88.

Case below: 89 N.C. App. 98.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

SARANT v. SARANT

No. 113P88.

Case below: 88 N.C. App. 764.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.